George JONES, Appellant,

v.

STATE of Missouri, Respondent.

ED 101329

Missouri Court of Appeals, Eastern District,

*DIVISION THREE.*

Filed: June 9, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied July 14, 2015

Application for Transfer Denied September 22, 2015

Srikant Chigurupati, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for appellant.

Chris Koster, Karen L. Kramer, P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before: Kurt S. Odenwald, P.J., Robert G. Dowd, Jr., J., and Gary M. Gaertner, Jr., J.

## *ORDER*

PER CURIAM.

George Jones appeals from the motion court's judgment denying his motion for post-conviction relief without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal, and we conclude the motion court did not clearly err in denying Movant's motion. An extended opinion would have no precedential value. The parties have been provided with a memorandum for their information only, setting forth the reasons for this order. The decision is affirmed. Mo. R. Civ. P. 84.16(b) (2015).